# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**SJ MEDCONNECT, INC.**, a Delaware
Corporation dba Thalamus,

    Plaintiff,

v.                                         Case No:  3:20-cv-903-MMH-JBT

**DANIEL BOICE**, an Individual,

    Defendant.
_____

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant **DANIEL BOICE,** in Jacksonville, Florida, on the 16th day of February, 2021.

                                                  ELIZABETH M. WARREN, CLERK

                                                  s/ *B. Rothermel*, Deputy Clerk

Copies furnished to:

Counsel of Record