UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SJ MEDCONNECT, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>DANIEL BOICE, <br><br>　　　　Defendant. | Case No.: 3:20-cv-903-J-34JBT |

**PLAINTIFF'S RENEWED MOTION FOR STAY OF THE DEADLINE
TO SEEK FINAL DEFAULT JUDGMENT**

Plaintiff SJ Medconnect, Inc. dba Thalamus ("Thalamus"), hereby submits this renewed motion for a stay of the Local Rule 1.10(c) deadline for filing for Application for Final Default Judgment until 21 days after the completion and submission of the forensic work on the Seized Devices and Boice Cloud Storage Accounts, and states as follows:

　　　1.　　Plaintiff's original Motion for Stay (Dkt. 59) was denied as premature by this Court because Plaintiff had not obtained a Default (Dkt. 61). Plaintiff subsequently filed a Motion for Clerk's Default (Dkt. 62), and a Clerk's Default was entered against Defendant Daniel Boice on February 16, 2021 (Dkt. 63).

　　　2.　　In accordance with Local Rule 1.10(c), Plaintiff must apply for Default Judgment within 35 days after entry of the Clerk's Default, which

deadline is March 23, 2021.

3. As set forth in Plaintiff's Status Report (Dkt. 54, pg. 3) (hereinafter "Status Report"), Plaintiff stated:

> Although Boice has failed to timely file a responsive pleading in this matter, Thalamus believes it premature to seek a default judgment until all forensic work on the Seized Devices and Boice Cloud Storage Accounts has been completed. This forensic work may yield evidence that would be relevant to the scope and substance of any default judgment.

4. On January 7, 2021, the Court ordered Plaintiff to file a notice identifying and proposing an alternative technical expert (Dkt. 55), and in response Plaintiff has identified Mr. Andrew von Ramin Mapp as its alternative technical expert (Dkt. 56). Pursuant to the Court's Order on February 2, 2021 (Dkt. 57), Plaintiff submitted a proposed Order of appointment to Chambers on February 12, 2021, setting forth procedures for transfer of the required information to Mr. Mapp.

5. As previously stated in its Status Report, Plaintiff believes the forensic work will assist it in a determination of the scope and substance of a default judgment. Because that forensic work will resume with a new expert but cannot continue once judgment has been entered, Plaintiff seeks a stay of the requirements to file default judgment under L.R. 1.10 until the forensic expert presents his final report to the Court. This will allow Plaintiff to tailor the proposed final judgment based on the results of the forensic analysis of

evidence seized in the action.

WHEREFORE, Plaintiff respectfully requests the Court extend deadline set under Local Rule 1.10(c) deadline for filing for Application for Final Default Judgment until 21 days after the completion and submission of Mr. Mapp's forensic review.

Respectfully submitted this February 19, 2021,

        *s/ Ryan T. Santurri*
        Robert Thornburg
        Florida Bar No. 630829
        E-Mail: rthornburg@allendyer.com
        Stephanie Vazquez
        Florida Bar No. 101124
        E-Mail: svazquez@allendyer.com
        ALLEN, DYER, DOPPELT
        & GILCHRIST, P.A.
        1221 Brickell Ave., Suite 2400
        Miami, Florida 33131
        Telephone: (305) 374-8303
        Facsimile: (305) 374-8306

        Ryan T. Santurri
        Florida Bar. No. 15698
        E-Mail: rsanturri@allendyer.com
        ALLEN, DYER, DOPPELT
        & GILCHRIST, P.A.
        255 S. Orange Ave., Suite 1401
        Orlando, Florida 32801
        Telephone: (407) 841-2330
        Facsimile: (407) 841-2343

        -and-

        Dhaivat H. Shah
        (*pro hac vice*)
        Email: ds@grellas.com
        David I. Siegel
        (*pro hac vice*)

Email: dsiegel@grellas.com
GRELLAS SHAH LLP
20400 Stevens Creek Blvd,
Suite 280
Cupertino, CA 95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

*Attorneys for Plaintiff*
*SJ MEDCONNECT, INC.*
*D/B/A THALAMUS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2021 a copy of the foregoing was been furnished by U.S. First Class Mail, postage prepaid, to:

Daniel Boice
431 North Fletcher Avenue
Fernandina Beach, FL 32034


*s/ Ryan T. Santurri*
Ryan T. Santurri

4