**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SJ MEDCONNECT, INC.,
d/b/a Thalamus,

    Plaintiff,

v.                                                            Case No. 3:20-cv-903-MMH-JBT

DANIEL BOICE,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 88; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on June 17, 2022. In the Report, Judge Toomey recommends that Plaintiff's Motion for Final Default Judgment Against Defendant (Dkt. No. 88; Motion) be granted; the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendant in the total amount of $283,548.09; a permanent injunction be entered; and the Restricted Stock Purchase Agreement (RSPA) be rescinded, and the shares of Thalamus stock issued thereunder be cancelled. See Report at 1, 15. Defendant Daniel Boice has not filed objections to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no

specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file, and for the reasons stated in the Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge as the opinion of the Court, but the undersigned will slightly modify the resolution of the Motion. Because the Magistrate Judge recommends that the Court need not resolve the request for default judgment as to Count Three of Plaintiff's Complaint, and Plaintiff does not object to that recommendation, the Court will grant the Motion in part, and deny it without prejudice to the extent Plaintiff sought entry of final default judgment as to Count Three. Also, Plaintiff did not move for entry of default judgment as to Count Four. Because that means that both Count Three and Count Four remain unresolved, the Court will enter only a partial judgment at this time.

Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Dkt. No. 88) is **ADOPTED**, as modified, as the opinion of the Court.[1]

2. Plaintiff's Motion for Final Default Judgment Against Defendant (Dkt. No. 87) is **GRANTED, in part, and DENIED without prejudice, in part**.

    a. The Motion is **GRANTED** to the extent that the Court enters default judgment on Counts One, Two, Five, Six, Seven, and Eight.

    b. The Motion is **DENIED without prejudice** as to Count Three.

3. Pursuant to Rule 54(b), Federal Rules of Civil Procedure, finding no just reason for delay, the Clerk of Court is directed to enter judgment in favor of Plaintiff SJ Medconnect, Inc., c/o Grellas Shah LLP, 20400 Stevens Creek Blvd., Suite 280, Cupertino, California 95014, and against Defendant Daniel Boice, #73715-018 FCI Butner Low, Old NC Hwy 75, Butner, North Carolina 27509, in the total amount of $283,548.09, representing $232,500.09 in compensatory damages and $51,048.00 in exemplary damages. Post-judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

---

[1] The Court reads the citation to Cal. Civ. Code § 1689(1) on page 8 as referring to § 1689(b)(1).

4. The Preliminary Injunction (Dkt. No. 33) entered on September 4, 2020, is now a permanent injunction.

5. The RSPA is rescinded, and the 31,250 shares of Thalamus stock issued thereunder are cancelled.

6. No later than **August 26, 2022**, Plaintiff shall file a notice advising the Court of how it intends to proceed with regard to Counts Three and Four.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of July, 2022.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties